UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:   1:24-cv-04775

JANE DOE 200,

    Plaintiff,

vs.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

DARREN K. INDYKE AND RICHARD D. KAHN AS CO-EXECUTORS OF THE ESTATE OF JEFFREY E. EPSTEIN,

    Defendant.

_____/

Upon the motion of Plaintiff, Jane Doe 200, for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

ORDERED that Plaintiff's Ex Parte Motion for Leave to Proceed Anonymously be GRANTED.

_____
Edgardo Ramos, U.S.D.J.
UNITED STATES DISTRICT JUDGE

Dated: ____June 25____, 2024.