

November 21, 2024

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Doe 200 v. Indyke et al.*, No. 1:24-cv-4775-ER

Dear Judge Wang:

      We write on behalf of Defendants, the Co-Executors of the Estate of Jeffrey E. Epstein, and Plaintiff Jane Doe 200 (together, the "Parties"). Pursuant to Paragraphs I(b) and V of Your Honor's Individual Practices in Civil Cases, and consistent with Judge Ramos's Order of November 15, 2024 (Dkt. No. 19), we jointly submit this letter motion requesting a settlement conference with Your Honor on December 10 or 11. The Parties further request that this settlement conference be conducted in person in Your Honor's Courtroom, pursuant to Paragraph V(g) of Your Honor's Individual Practices in Civil Cases.

      Thank you for your attention to this matter. If you have any further questions or concerns, we are happy to address them at the Court's convenience.

Respectfully submitted,

Daniel Ruzumna

cc:   All counsel of record (via ECF)