**EDWARDS HENDERSON**
**THE CRIME VICTIM LAW FIRM**

| | | |
|---|---|---|
| **Fort Lauderdale** | Telephone (954)524-2820 | **New York** |
| 425 North Andrews Avenue, Suite 2 | Fax (954)524-2822 | By Appointment Only |
| Fort Lauderdale, FL  33301 | info@cvlf.com | |

December 19, 2024

<u>VIA ECF</u>
Hon. Ona Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **RE:**   **Jane Doe 200 v. Darren K. Indyke and Richard D. Kahn as Co-Executors of the Estate of Jeffrey Epstein, No. 1:24-cv-4775-ER (SDNY)**

Dear Magistrate Judge Wang,

On December 17, 2024, the parties appeared telephonically before the Court for a Pre-Settlement Conference Scheduling Call pursuant to DE 22. All parties have since conferred and are available to mediate with the Court in person on January 27 or January 28, 2025, with a preference for an afternoon mediation session on either day. Prior to such time, all parties will comply with the Court's Individual Practices regarding settlement conferences, including submissions of Your Honor's Ex-Parte Settlement Conference Summary Form and Letter.

                              Respectfully Submitted,

                              /s/ *Brittany Henderson*
                              Bradley Edwards
                              Brittany Henderson

                              **EDWARDS HENDERSON**
                              425 North Andrews Avenue, Suite 2
                              Fort Lauderdale, Florida 33301
                              Telephone: (954) 524-2820
                              Fax: (954) 524-2822
                              Email: brittany@cvlf.com
                                              brad@cvlf.com
                                              dean@cvlf.com