

February 3, 2025

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
40 Foley Square, Courtroom 619
New York, NY 10007

        Re:     *Doe 200 v. Indyke et al.*, No. 1:24-cv-4775-ER

Dear Judge Ramos:

        The Parties write to inform the Court that the mediation before Magistrate Judge Wang was not successful.

        Respectfully submitted,

Daniel Ruzumna

cc:     All counsel of record (via ECF)

Patterson Belknap Webb & Tyler LLP   1133 Avenue of the Americas, New York, NY 10036   T 212.336.2000   F 212.336.2222