

www.pbwt.com

**MEMO ENDORSED**

February 13, 2025

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Doe 200 v. Indyke et al.*,
      <u>No. 1:24-cv-4775-ER</u>

Dear Judge Ramos:

We write on behalf of Defendants, the Co-Executors of the Estate of Jeffrey E. Epstein, to respectfully request that the Court adjourn the conference scheduled to occur before Your Honor on February 19 to February 20 (or another day that is convenient for the Court). Counsel for Defendants have a conflict on February 19. Plaintiff's counsel has consented to Defendants' request and has confirmed their availability on February 20.

Thank you for your attention to this matter. If you have any further questions or concerns, we are happy to address them at the Court's convenience.

Respectfully submitted,

Daniel Ruzumna

cc:   All counsel of record (via ECF)

---

Defendants' request to adjourn the conference scheduled for February 19, 2025 is granted. The telephonic premotion conference is now scheduled for February 21, 2025 at 10:30am. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conferences start time. The Clerk of Court is directed to terminate the motion, Doc. 39.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: <u>February 14, 2025</u>
New York, New York

---

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222