# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 24-cv-4775 (ER)

JANE DOE 200,

    Plaintiff,

vs.

DARREN K. INDYKE AND RICHARD
D. KAHN AS CO-EXECUTORS OF
THE ESTATE OF JEFFREY E. EPSTEIN,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SERVICE OF RULE 45 SUBPOENA UPON DARREN K. INDYKE

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Plaintiff, Jane Doe 200, by and through her undersigned counsel of record, hereby provides Notice of Service of Subpoena upon **Darren K. Indyke**. A copy of the Subpoena is attached to this Notice.

**NAME:**     **DARREN K. INDYKE**

**DATE & TIME:**     March 4, 2025 at 9:30 am PST

**LOCATION:**     **Esquire Deposition Solutions**
    **1601 Forum Pl #505**
    **West Palm Beach, FL 33401**

The videotaped deposition will be taken upon oral examination before Esquire Solutions, or any other notary public authorized by law to administer oaths. The deposition will continue day-to-day until the examination is complete.

1

The video operator shall be provided by Esquire Solutions. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purpose as are permitted under the rules of this Court.

Dated: February 18, 2025

        Respectfully Submitted,
        EDWARDS HENDERSON, PLLC
        By: */s/ Bradley J. Edwards*
        Bradley J. Edwards
        Brittany N. Henderson
        425 N. Andrews Ave., Suite 2
        Fort Lauderdale, FL 33301
        (954)-524-2820
        Fax: (954)-524-2822
        Email: brad@cvlf.com
               brittany@cvlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, a true and correct copy of the above and foregoing *Plaintiff's Notice of Service of Rule 45 Subpoena Upon* has been served by email upon counsel of record in the above-captioned action.

        */s/ Bradley Edwards*
        Bradley J. Edwards

| | |
|---|---|
| Bennet J. Moskowitz | Daniel S. Ruzumna |
| Sophia N. Dauria | Amy Vegari |
| TROUTMAN SANDERS LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| 875 Third Avenue | 1133 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10036 |
| bennet.moskowitz@troutmansanders.com | (212) 336-2000 |
| | druzumna@pbwt.com |
| *Attorneys for Defendant Darren K. Indyke, in his capacity as the Executor for the Estate of Jeffrey E. Epstein* | avegari@pbwt.com |

2

*Attorneys for Defendant Richard D. Kahn, in his capacity as the Executor for the Estate of Jeffrey E. Epstein*

Scott J. Link (*pro hac vice*)
LINK & ROCKENBACH, PA
1555 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 847-4408
Email: scott@linkrocklaw.com

*Attorneys for Defendant Darren K. Indyke, in his capacity as Co-Executor for the Estate of Jeffrey E. Epstein*

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jane Doe 200 <br> *Plaintiff* <br> v. <br> Darren Indyke and Richard D. Kahn, as Co-Executors <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 24-cv-4775 (ER) |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Darren K. Indyke

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Esquire Deposition Services, 1601 Forum Pl #505, West Palm Beach, FL 33401 | Date and Time: 03/04/2025 9:30 am |
|---|---|

The deposition will be recorded by this method: video, audio, stenographic and/or remote means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/18/2025

CLERK OF COURT

OR

_____          /s/ Bradley J. Edwards
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff
Jane Doe 200 , who issues or requests this subpoena, are:
Bradley J. Edwards, 425 N. Andrews Ave., Suite 2, Fort Lauderdale, FL 33301, brad@cvlf.com, brittany@cvlf.com (954)524-2820

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 24-cv-4775 (ER)

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                                *Server's signature*

                                              _____
                                                *Printed name and title*

                                              _____
                                                *Server's address*

Additional information regarding attempted service, etc.: