UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 200,

    Plaintiff,

vs.                                                                                    CASE NO.: 24-CV-04775 ER

DARREN K. INDYKE AND RICHARD
D. KAHN AS CO-EXECUTORS OF
THE ESTATE OF JEFFREY E. EPSTEIN,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, JANE DOE 200, and Defendants, Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein, by and through their undersigned counsel, hereby stipulate and agree that the case has been resolved and this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated April 21, 2025.

| EDWARDS HENDERSON | TROUTMAN PEPPER LOCKE LLP |
|---|---|
| By: /s/ Bradley J. Edwards | By: [signature] |
| Bradley J. Edwards | Bennet J. Moskowitz |
| Brittany N. Henderson | 875 Third Avenue |
| 425 North Andrews Avenue, Suite 2 | New York, NY 10022 |
| Fort Lauderdale, FL 33301 | (212)704-6000 |
| (954)524-2820 | bennet.moskowitz@troutman.com |
| Brad@cvlf.com, Brittany@cvlf.com | |
| *Attorneys for the Plaintiff* | *Attorneys for Defendant Darren K. Indyke, in his capacity as Co-Executor for the Estate of Jeffrey E. Epstein* |

1

15650803

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
Daniel S. Ruzumna
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
druzumna@pbwt.com

*Attorneys for Defendant Richard D. Kahn, in his capacity as Co-Executor for the Estate of Jeffrey E. Epstein*

2

15650803